TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

NICOLE R. LEIBOW
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nicole.Leibow@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Fresca Jaline TABIRAO RAMIREZ; and Thomas Earl PITTS,<br><br>Plaintiffs,<br><br>v.<br><br>Marco A. RUBIO, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-00501-JCM-EJY<br><br>**Federal Defendants' UNOPPOSED Motion for Extension of Time to File a Response to Plaintiffs' Complaint (ECF No. 1)**<br><br>**SECOND REQUEST** |

Federal Defendants, by and through undersigned counsel, move this Court for an eleven-day extension of time, from May 22, 2026, up to and including **June 2, 2026**, in which to file a response to Plaintiffs' Complaint (ECF No. 1). Undersigned AUSA is departing the United States Attorney's Office, and the case is being reassigned for primary handling to an AUSA who will need additional time to familiarize themselves with the case and finalize the response.

On May 19, 2026, the parties conferred. Per Plaintiffs' counsel, Plaintiffs consent to the extension on the same terms that they "reserve the right to file a motion for preliminary injunction in the interim" depending on Plaintiffs' circumstances.

This is Federal Defendants' second request for an extension of time to respond to Plaintiffs' Complaint. This request is made in good faith and not for the purpose of any undue delay.

**<u>Memorandum of Points and Authorities</u>**

On March 6, 2026, Plaintiffs filed their complaint. ECF No. 1. On March 9, 2026, Plaintiffs served Federal Defendants with summons and complaint. Federal Defendants' current deadline to respond to the complaint is May 22, 2026. ECF No. 11. Additional time is necessary for the Federal Defendants to prepare a response to the complaint because undersigned AUSA is departing the United States Attorney's Office, and the case is being reassigned for primary handling to an AUSA who will need additional time to familiarize themselves with the case and finalize the response.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned AUSA has acted diligently in seeking information from USCIS regarding the claims and allegations in Plaintiff's complaint and preparing a response. However, because undersigned AUSA is departing the United States Attorney's Office, the AUSA replacing her as primary counsel for the Federal Defendants will need additional time to familiarize themselves with the case and finalize the response. Without such additional time, a proper response to the complaint cannot be completed. For these reasons, Federal Respondents respectfully request an additional eleven-day extension from May 22, 2026, to **June 2, 2026**, to file a response to Plaintiffs' Complaint.

If this unopposed motion for an extension of time is granted, the new deadline to respond to Plaintiffs' Complaint will be **June 2, 2026**. Given Federal Defendants' diligence, and Plaintiffs' lack of opposition, good cause exists for the eleven-day extension. Federal Defendants, therefore, respectfully request that the Court grant this motion.

Respectfully submitted this 20th day of May 2026.

TODD BLANCHE
Acting U.S. Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

 /s/ Nicole R. Leibow
NICOLE R. LEIBOW
Assistant United States Attorney

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Date:  May 21, 2026

3