TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar Number 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Fresca Jaline TABIRAO RAMIREZ; and Thomas Earl PITTS, | Case No. 2:26-cv-00501-JCM-EJY |
| Plaintiffs, | **Notice of Appearance** |
| v. | |
| Marco A. RUBIO, *et al.*, | |
| Defendants. | |

Please take notice that Assistant United States Attorney Tamer B. Botros is appearing as lead counsel for the Federal Defendants. Hereafter, all parties to the above-referenced case should notify the undersigned counsel of any action in this matter.

Respectfully submitted this 2nd day of June 2026.

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

 /s/ Tamer B. Botros
TAMER B. BOTROS
Assistant United States Attorney