TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar Number 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Fresca Jaline TABIRAO RAMIREZ; and Thomas Earl PITTS,<br><br>Plaintiffs,<br><br>v.<br><br>Marco A. RUBIO, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-00501-JCM-EJY<br><br>**Federal Defendants' UNOPPOSED Motion for Extension of Time to File a Response to Plaintiffs' Amended Complaint (ECF No. 20)**<br><br>**THIRD REQUEST** |

Federal Defendants, by and through undersigned AUSA, move this Court for a three-day extension of time, from July 14, 2026, up to and including **July 17, 2026**, in which to file a response to Plaintiffs' Amended Complaint (ECF No. 20). Undersigned AUSA was in court for most of the day today and was unable to obtain final agency approval to file the response.

On July 10, 2026, the parties conferred. Plaintiffs' counsel agreed to the short extension but does not anticipate being able to agree to further extensions; Federal Respondents do not anticipate further extensions being needed.

This is Federal Defendants' third request for an extension of time to respond to Plaintiffs' Amended Complaint (ECF No. 20). This request is made in good faith and not for the purpose of any undue delay.

**Memorandum of Points and Authorities**

On June 16, 2026, Plaintiffs filed their amended complaint. ECF No. 20. Federal Defendants' current deadline to respond to the complaint is July 14, 2026. ECF No. 28. Additional time is necessary for the Federal Defendants to prepare a response to the complaint because undersigned AUSA was in court for most of the day and was consequently unable to obtain final agency approval to file the responsive pleading.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned AUSA is acting diligently in coordinating with USCIS regarding the expanded claims and allegations in Plaintiffs' amended complaint. However, because of several other competing court deadlines and a heavy caseload, undersigned AUSA could not obtain final agency approval to file the responsive pleading. Without such additional time, a proper response to the complaint cannot be filed. For these reasons, Federal Respondents respectfully request an additional three-day extension from July 14, 2026, to **July 17, 2026**, to file a response to Plaintiffs' Amended Complaint (ECF No. 20).

If this unopposed motion for an extension of time is granted, the new deadline to respond to Plaintiffs' Amended Complaint (ECF No. 20) will be **July 17, 2026**. Given Federal Defendants' diligence and Plaintiffs' consent, good cause exists for the three-day

extension. Federal Defendants, therefore, respectfully request that the Court grant this motion.

Respectfully submitted this 14th day of July 2026.

TODD BLANCHE
Acting U.S. Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

**IT IS SO ORDERED:**

**U.S. MAGISTRATE JUDGE**

**DATED: July 15, 2026**