COURTNEY E. MORAN
*California State Bar No. 288394
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
Telephone: 571-455-1915, Ext. 1267
Email: cmoran@murrayosorio.com
*Pro hac vice counsel

HARDEEP SULL
Nevada State Bar No. 12108
Sull & Associates, PLLC
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, NV 89169
Telephone: 702-953-9500
Email: dee@sullglobal.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Fresca Jaline TABIRAO RAMIREZ; and Thomas Earl PITTS,<br><br>Plaintiffs,<br><br>v.<br><br>Marco A. RUBIO, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-00501-JCM-EJY<br><br>**Stipulation to Extend Time for Parties to File a Joint Discovery Plan**<br><br>**(First Request)** |

Plaintiffs and Federal Defendants, by and through respective undersigned counsel, stipulate to extend the time for the parties to file a joint discovery plan from the current due date of September 2, 2026, to **September 9, 2026**.

Good cause exists to grant the extension. Counsel for both parties have had several other competing deadlines and have not had sufficient time to adequately meet and confer regarding a proposed discovery plan in this case. Counsel for both parties are committed to meeting and conferring in good faith to reach a proposal for a joint discovery plan before the proposed extended deadline.

This is the first request to extend the deadline to submit a joint discovery plan. This stipulation is made in good faith and not for the purpose of delay or any improper reason.

///

Respectfully submitted this 2nd day of September 2026.

/s/ Courtney E. Moran
COURTNEY E. MORAN
*California State Bar No. 288394
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, VA 22030
Telephone: 571-455-1915, Ext. 1267
Email: cmoran@murrayosorio.com
*Pro hac vice counsel

HARDEEP SULL
Nevada State Bar No. 12108
Sull & Associates, PLLC
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, NV 89169
Telephone: 702-953-9500
Email: dee@sullglobal.com

*Attorneys for Plaintiff*

SIGAL CHATTAH
First Assistant United States Attorney

/s/ Tamer B. Botros
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Tamer.Botros@usdoj.gov

*Attorney for Federal Defendants*

**IT IS SO ORDERED:**

______________________________
**U.S. MAGISTRATE JUDGE**

**DATED:** September 3, 2026